United States District Court
Southern District of Texas
**ENTERED**
February 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BDFI LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 2:23-CV-00010 |
| | § | |
| MOKARAM-LATIF WEST LOOP, | § | |
| LTD. AND BRADLEY S. PARKER, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

In accordance with the Order signed by the Court on this date, the Court finds all claims asserted against any party in this matter are **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT.**

Signed on February 24, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**